```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: __12/16/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEDRO CASTILLO,

        Plaintiff,

    -v-

ANDREW SAUL,
Commissioner Of Social Security,

        Defendant.

Civil Action No. 20-cv-1533-ALC

**CONSENT ORDER TO REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)**

---

    This matter having been opened to the Court by AUDREY STRASS, Acting United States Attorney for the Southern District of New York, attorney for Defendant, Daniella M. Calenzo, Special Assistant United States Attorney, of counsel, for an Order remanding the within cause of action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), so that, should the Appeals Council remand to an Administrative Law Judge (ALJ), upon remand, the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing, and issuing a new decision; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

    IT IS on this __16__ day of __December_____, 2020;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action under the fourth sentence of 42 U.S.C. § 405(g); and it is further

ORDERED that the within matter, be and hereby is, DISMISSED with prejudice.

_____
Hon. Andrew L. Carter Jr., U.S. District Judge
United States District Court
Dated: December 16, 2020

The undersigned hereby consent to the form and entry of the within order:

Dated:

          AUDREY STRAUSS
          Acting United States Attorney

By:  /s/
          Daniella M. Calenzo
          Special Assistant U.S. Attorney
          Attorney for Defendant

By:  _____
          Richard B. Seelig
          Attorney for Plaintiff